AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Greenaway, Joseph A. | U.S. Court of Appeals for the Third Circuit | 07/27/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. P.O. & Federal Courthouse
Federal Square and Walnut St.
Newark, NJ 07101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Editor | ABA Litigation Magazine |
| 2. | Trustee | ▨▨▨▨▨▨▨▨ |
| 3. | Trustee | ▨▨▨▨▨ |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 94-96 | Johnson & Johnson Employee Savings Plan |
| 2. | 95-96 | Johnson & Johnson Pension Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | [redacted] - teaching | $26,925.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | [redacted] |
| 2. 2017 | self employed consultant |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | [redacted] | February 28-March 6, 2017 | London, UK | Attend Board of Trustess meeting | transportation, lodging, meals |
| 2. | [redacted] | June 8-10, 2017 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |
| 3. | [redacted] | October 5-6, 2017 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |
| 4. | University of Tennessee College of Law | October 19-20, 2017 | Knoxville, TN | Judge moot court competition | transportation, lodging, meals |
| 5. | Harvard Law School | October 26-27, 2017 | Cambridge, MA | Speak on panel | transportation, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

| 6. | | November 30-December 2, 2017 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | Citibank Mastercard | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Merck common stock | A | Dividend | K | T | Buy (add'l) | 11/13/17 | J | | |
| 2. | | | | | | Buy (add'l) | 12/22/17 | J | | |
| 3. | Microsoft | A | Dividend | J | T | Sold (part) | 09/15/17 | J | D | |
| 4. | | | | | | Sold (part) | 11/13/17 | L | F | |
| 5. | | | | | | Sold (part) | 12/22/17 | K | E | |
| 6. | McDonalds common stock | A | Dividend | K | T | Buy (add'l) | 07/13/17 | K | | |
| 7. | | | | | | Sold (part) | 09/15/17 | K | A | |
| 8. | | | | | | Sold (part) | 11/13/17 | K | B | |
| 9. | | | | | | Sold (part) | 12/22/17 | K | C | |
| 10. | Johnson & Johnson common stock | E | Dividend | N | T | Buy (add'l) | 11/13/17 | J | | |
| 11. | | | | | | Buy (add'l) | 12/22/17 | J | | |
| 12. | U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 13. | Citibank (checking & savings) | A | Interest | J | T | | | | | |
| 14. | Disney common stock | A | Dividend | K | T | | | | | |
| 15. | Intel common stock | A | Dividend | J | T | | | | | |
| 16. | Johnson & Johnson 401(k) Diversified Equity Fund | A | Dividend | O | T | | | | | |
| 17. | U.S. Treasury Strips (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GE common stock | A | Dividend | J | T | | | | | |
| 19. Pfizer common stock | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 20. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 21. Comcast common stock | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 22. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 23. Wells Fargo Securities IRA money market cash sweeps account | A | Int./Div. | J | T | | | | | |
| 24. Northwestern Mutual Life Insurance | | None | N | W | | | | | |
| 25. Vanguard 401K Healthcare Fund | A | Dividend | | | Sold (part) | 04/04/17 | J | | |
| 26. | | | | | Sold (part) | 09/15/17 | J | A | |
| 27. | | | | | Sold | 11/10/17 | J | A | |
| 28. Vanguard 401K Total Stock Market Index | B | Dividend | | | Sold (part) | 04/04/17 | K | D | |
| 29. | | | | | Sold (part) | 09/15/17 | K | D | |
| 30. | | | | | Sold | 12/21/17 | K | E | |
| 31. Vanguard 401K Dividend Growth | B | Dividend | | | Sold (part) | 04/04/17 | K | D | |
| 32. | | | | | Sold (part) | 09/15/17 | K | C | |
| 33. | | | | | Sold | 11/10/17 | K | D | |
| 34. Alphabet common stock | | None | K | T | Sold (part) | 09/15/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/13/17 | K | E | |
| 36. | | | | | Sold (part) | 12/22/17 | L | E | |
| 37. Apple common stock | A | Dividend | K | T | Buy (add'l) | 11/13/17 | J | | |
| 38. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 39. AllianceBernstein Large-Cap Growth Fund | A | Dividend | J | T | | | | | |
| 40. AllianceBernstein Global Thematic Growth Fund | | None | J | T | | | | | |
| 41. Oppenheimer Main Street Fund | A | Dividend | J | T | | | | | |
| 42. ADP common stock | A | Dividend | J | T | | | | | |
| 43. Facebook | | None | J | T | Sold (part) | 11/13/17 | L | F | |
| 44. | | | | | Sold (part) | 12/22/17 | L | F | |
| 45. Vanguard Windsor Fund | B | Dividend | | | Sold | 11/10/17 | L | E | |
| 46. Vanguard 401K Value Index Fund | B | Dividend | | | Sold (part) | 04/04/17 | K | C | |
| 47. | | | | | Sold (part) | 09/15/17 | K | C | |
| 48. | | | | | Sold | 11/10/17 | K | D | |
| 49. Vanguard 401K Prime Money Market Fund (Y) | | | | | Sold (part) | 11/09/17 | J | | |
| 50. Chase Bank | A | Interest | K | T | | | | | |
| 51. IBM | A | Dividend | | | Sold (part) | 04/04/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 05/08/17 | K | D | |
| 53. Amazon | | None | J | T | Sold (part) | 09/15/17 | K | D | |
| 54. | | | | | Sold (part) | 11/13/17 | K | D | |
| 55. | | | | | Sold (part) | 12/22/17 | K | D | |
| 56. AT&T (Y) | | | | | | | | | |
| 57. Vanguard Small Cap Index Admiral Fund | A | Dividend | | | Sold (part) | 04/04/17 | K | C | |
| 58. | | | | | Sold (part) | 09/15/17 | K | C | |
| 59. | | | | | Sold (part) | 11/10/17 | K | C | |
| 60. | | | | | Sold | 12/21/17 | K | C | |
| 61. Vanguard Mid Cap Value Index Admiral | A | Dividend | | | Sold (part) | 04/04/17 | K | B | |
| 62. | | | | | Sold (part) | 09/15/17 | J | B | |
| 63. | | | | | Sold | 12/22/17 | K | C | |
| 64. Vanguard Wellington Admiral Fund | A | Dividend | | | Sold (part) | 04/04/17 | K | A | |
| 65. | | | | | Sold (part) | 09/15/17 | J | A | |
| 66. | | | | | Sold | 12/08/17 | K | B | |
| 67. Fidelity Low Priced Stock Fund | B | Dividend | | | Sold (part) | 04/04/17 | K | B | |
| 68. | | | | | Sold (part) | 09/15/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/10/17 | K | B | |
| 70. | | | | | Sold | 12/21/17 | J | B | |
| 71. Prudential Jennison Blend Fund Inc. (X) | A | Dividend | J | T | | | | | |
| 72. Vanguard Interm. Bond Index Admiral Fund | A | Dividend | | | Buy | 04/04/17 | K | | |
| 73. | | | | | Sold | 11/24/17 | K | A | |
| 74. Vanguard Short Term Bond Index Admiral | A | Dividend | | | Buy | 04/04/17 | K | | |
| 75. | | | | | Sold | 11/24/17 | K | | |
| 76. Vanguard Total Bond Market Fund | A | Dividend | | | Buy | 04/04/17 | K | | |
| 77. | | | | | Sold | 12/21/17 | K | | |
| 78. Vanguard Total Int'l Stock Index Fund | A | Dividend | | | Buy | 04/04/17 | L | | |
| 79. | | | | | Sold (part) | 09/15/17 | K | C | |
| 80. | | | | | Sold | 12/21/17 | K | C | |
| 81. ▓▓▓▓▓ Ret. Plan for Offs. Vanguard Target Retirement 2035 (X) | C | Dividend | M | T | | | | | |
| 82. ▓▓▓▓▓ Vol. Ret. Sav. Plan Vanguard Target Retirement 2035 (X) | C | Dividend | M | T | | | | | |
| 83. 3M | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 84. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 85. Accenture | | None | J | T | Buy | 11/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 87. Amgen, Inc. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 88. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 89. Anheuser-Busch | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 90. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 91. Applied Materials Inc. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 92. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 93. AXA Spons ADR | | None | J | T | Buy | 11/13/17 | J | | |
| 94. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 95. Bank of New York Mellon Corp. | | None | J | T | Buy | 11/13/17 | J | | |
| 96. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 97. Becton Dickinson | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 98. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 99. Berkshire Hathaway | | None | J | T | Buy | 11/13/17 | J | | |
| 100. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 101. Biogen Inc. | | None | J | T | Buy | 11/13/17 | J | | |
| 102. | | | | | Buy (add'l) | 12/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Blackrock, Inc. common stock | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 104. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 105. Broadcom LTD | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 106. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 107. California St. Dept. 3.127% 12/01/29 | A | Interest | K | T | Buy | 12/21/17 | K | | |
| 108. Canadian National Railway | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 109. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 110. Carlisle Cos. Inc. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 111. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 112. Charles Schwab Corp. common stock | | None | J | T | Buy | 11/13/17 | J | | |
| 113. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 114. Chevron Corp. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 115. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 116. Clorox | | None | J | T | Buy | 11/13/17 | J | | |
| 117. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 118. Cognizant Technology Solutions Corp. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 119. | | | | | Buy (add'l) | 12/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Credit Suisse Commodity Return Strat I Fund | | None | K | T | Buy | 11/10/17 | J | | |
| 121. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 122. Crown Holdings | | None | J | T | Buy | 11/13/17 | J | | |
| 123. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 124. CVS Health Corp. | | None | J | T | Buy | 11/13/17 | J | | |
| 125. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 126. Danaher Corp. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 127. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 128. Danone Spons ADR | | None | J | T | Buy | 11/13/17 | J | | |
| 129. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 130. Deere & Co. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 131. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 132. Deutsche Telekom | | None | J | T | Buy | 11/13/17 | J | | |
| 133. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 134. Discover Bank CD 2.35% 9/13/22 | A | Interest | J | T | Buy | 11/24/17 | J | | |
| 135. Durham NC LTD 3.3% 10/1/27 | A | Interest | K | T | Buy | 12/22/17 | K | | |
| 136. Emerson Electric Co. | A | Dividend | J | T | Buy | 11/13/17 | J | | |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 138. ExxonMobil Corp. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 139. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 140. Federated Prime Cash Obligations | A | Dividend | J | T | Buy | 11/06/17 | N | | |
| 141. | | | | | Buy (add'l) | 11/08/17 | J | | |
| 142. | | | | | Sold (part) | 11/10/17 | N | | |
| 143. | | | | | Sold (part) | 11/13/17 | K | | |
| 144. | | | | | Buy (add'l) | 11/14/17 | J | | |
| 145. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 146. | | | | | Sold (part) | 11/21/17 | J | | |
| 147. | | | | | Sold (part) | 11/22/17 | J | | |
| 148. | | | | | Sold (part) | 11/24/17 | J | | |
| 149. | | | | | Buy (add'l) | 11/30/17 | J | | |
| 150. | | | | | Sold (part) | 12/01/17 | K | | |
| 151. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 152. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 153. | | | | | Buy (add'l) | 12/08/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 155. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 156. | | | | | Sold (part) | 12/14/17 | J | | |
| 157. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 158. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 159. | | | | | Buy (add'l) | 12/21/17 | M | | |
| 160. | | | | | Sold (part) | 12/22/17 | L | | |
| 161. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 162. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 163. | | | | | Sold (part) | 12/28/17 | K | | |
| 164. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 165. FedEx Corp. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 166. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 167. FHLB 2.8% 11/27/24 | A | Interest | J | T | Buy | 12/05/17 | J | | |
| 168. Haliburton Co. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 169. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 170. Harbor Small Cap Value | A | Dividend | J | T | Buy | 11/10/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 172. Honeywell International Inc. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 173. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 174. Intercontinental Exchange | A | Dividend | J | T | Buy | 11/21/17 | J | | |
| 175. iShares Core S&P 500 ETF | A | Dividend | K | T | Buy | 11/13/17 | K | | |
| 176. | | | | | Buy (add'l) | 12/22/17 | K | | |
| 177. iShares Core S&P Mid Cap ETF | A | Dividend | K | T | Buy | 11/13/17 | K | | |
| 178. | | | | | Buy (add'l) | 12/22/17 | K | | |
| 179. iShares Core S&P Small Cap ETF | A | Dividend | K | T | Buy | 11/13/17 | J | | |
| 180. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 181. iShares MSCI EAFE Small Cap ETF | A | Dividend | K | T | Buy | 11/13/17 | J | | |
| 182. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 183. iShares S&P Midcap 400 Growth ETF | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 184. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 185. JP Morgan Chase common stock | | None | J | T | Buy | 11/13/17 | J | | |
| 186. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 187. Las Vegas Sands | A | Dividend | J | T | Buy | 11/13/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 189. Lowes Cos. Inc. | | None | J | T | Buy | 11/13/17 | J | | |
| 190. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 191. Mastercard, Inc. | | None | J | T | Buy | 11/13/17 | J | | |
| 192. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 193. Materials Select Sector SPDR Fund | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 194. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 195. Matthews Pacific Tiger Inst. | A | Dividend | K | T | Buy | 11/10/17 | K | | |
| 196. | | | | | Buy (add'l) | 12/21/17 | K | | |
| 197. Medtronic | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 198. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 199. New York, NY 3.05% 10/01/29 | A | Interest | J | T | Buy | 11/22/17 | J | | |
| 200. Nike Inc. | | None | J | T | Buy | 12/22/17 | J | | |
| 201. Oracle | | None | J | T | Buy | 11/13/17 | J | | |
| 202. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 203. PACCAR Inc. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 204. | | | | | Buy (add'l) | 12/22/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Pepsico Inc. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 206. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 207. Pioneer Natural Resources Co. | | None | J | T | Buy | 11/13/17 | J | | |
| 208. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 209. Priceline Group Inc. | | None | J | T | Buy | 11/13/17 | J | | |
| 210. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 211. Procter & Gamble Co. | | None | J | T | Buy | 11/13/17 | J | | |
| 212. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 213. Progressive Corp. Ohio | | None | J | T | Buy | 11/13/17 | J | | |
| 214. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 215. Salesforce.com | | None | J | T | Buy | 11/13/17 | J | | |
| 216. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 217. SAP SE SPONS ADR | | None | J | T | Buy | 11/13/17 | J | | |
| 218. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 219. Schlumberger LTD | | None | | | Buy | 11/13/17 | J | | |
| 220. | | | | | Sold | 12/14/17 | J | | |
| 221. Signature Bank | | None | J | T | Buy | 11/13/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 223. Sony | | None | J | T | Buy | 11/13/17 | J | | |
| 224. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 225. Starbucks Corp. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 226. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 227. Sysco Corp. | | None | J | T | Buy | 11/13/17 | J | | |
| 228. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 229. Texas Instruments | | None | J | T | Buy | 11/13/17 | J | | |
| 230. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 231. Union Pacific Corp | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 232. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 233. United Health Group Inc. | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 234. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 235. Univ. of Hawaii 3.28% 10/1/27 | A | Interest | K | T | Buy | 12/28/17 | K | | |
| 236. Univ. of Hawaii 3.38% 10/1/28 | A | Interest | K | T | Buy | 12/28/17 | K | | |
| 237. US Bancorp New | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 238. | | | | | Buy (add'l) | 12/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Utilities Select Sector SPDR Fund | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 240. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 241. Vanguard FTSE Developed Markets ETF | B | Dividend | M | T | Buy | 11/13/17 | L | | |
| 242. | | | | | Buy (add'l) | 12/22/17 | L | | |
| 243. Vanguard FTSE Emerging Markets ETF | A | Dividend | K | T | Buy | 11/13/17 | K | | |
| 244. | | | | | Buy (add'l) | 12/22/17 | K | | |
| 245. Vanguard FTSE Europe ETF | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 246. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 247. Vanguard REIT ETF | A | Dividend | K | T | Buy | 11/13/17 | J | | |
| 248. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 249. Vanguard S/T Investment Grade FD-ADM | A | Dividend | N | T | Buy | 11/10/17 | N | | |
| 250. | | | | | Buy (add'l) | 11/24/17 | L | | |
| 251. | | | | | Buy (add'l) | 12/01/17 | K | | |
| 252. | | | | | Sold (part) | 12/05/17 | J | | |
| 253. | | | | | Sold (part) | 12/20/17 | J | | |
| 254. | | | | | Sold (part) | 12/21/17 | K | | |
| 255. | | | | | Sold (part) | 12/22/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Verizon | | None | J | T | Buy | 11/13/17 | J | | |
| 257. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 258. Wells Fargo & Co. common stock | | None | J | T | Buy | 11/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 07/27/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Comments to Section VII.

On line 24, I list Northwestern Mutual Life Insurance. This policy is a whole life policy.
On lines 81 and 82, I have added two mutual fund accounts. In 2017, I got married. These accounts belong to my new wife.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Joseph A. Greenaway

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544